**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

___

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:18-10066-STA |
| JAMES REYNOLDS, | ) |
| Defendant. | ) |

___

**ORDER ON GUILTY PLEA**
**AND NOTICE OF SETTING**
___

This cause came to be heard on June 25, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, James Reynolds, appearing in person, and with counsel, Jeff Mueller.

The defendant entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, SEPTEMBER 25, 2018 at 10:00 A.M., before Chief Judge S. Thomas Anderson.**

The defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 25th day of June, 2018.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT