IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
Eastern Division

UNITED STATES OF AMERICA

-vs-                                      Case No. 1:18-10066-STA

JAMES REYNOLDS

**ORDER TO SURRENDER**

Defendant, **James Reynolds**, having been sentenced in the above styled matter to the custody of the Bureau of Prisons, and having been granted leave by the court to report to the designated institution at his own expense, is hereby ordered to surrender himself to the Bureau of Prisons by reporting to: **FMC Lexington, 3301 Leestown, Lexington, KY 40511,** no later than **Wednesday, November 21, 2018 by 12:00 Noon.**

**IT IS FURTHER ORDERED** that upon receipt of a copy of this Order **the defendant shall sign one copy of this Order in the proper space** below and return it to the Clerk of the Court in the enclosed stamped self-addressed envelope, acknowledging that he has received a copy of this Order, and that he will report as ordered to the facility named above.

IT IS SO ORDERED this the 23rd day of October, 2018.

s/ S. Thomas Anderson
CHIEF U.S. DISTRICT COURT JUDGE

James Reynolds - 18-10066

**ACKNOWLEDGMENT**

I agree to report as directed in the above order and understand that if I fail to so report, I may be cited for contempt of court and if convicted, may be punished by imprisonment or fine or both.

Signed and acknowledged before me on _____.

_____   _____

Clerk/Deputy Clerk                Defendant