IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| PLAINTIFF, | * | |
| vs. | * | CR. NO.: 1:18-10066-STA |
| JAMES REYNOLDS, | * | |
| DEFENDANT. | * | |

**ORDER TO SURRENDER TO THE UNITED STATES MARSHALS SERVICE UPON NOTICE OF DESIGNATION BY THE BUREAU OF PRISONS**

The defendant is hereby ORDERED to surrender to the United States Marshals Service, located on the 2nd floor of the United States Courthouse, 111 S. Highland Avenue, Jackson, Tennessee, on <u>November 21, 2018</u>, and by <u>10:00 a.m.</u> It is further ORDERED that the defendant report to Pretrial Services prior to surrender to the United States Marshals Service to have the location monitoring equipment removed.

**ENTERED** this the 6th day of NOVEMBER 2018.

s/S. Thomas Anderson
S. THOMAS ANDERSON
Chief U.S. District Judge